B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Southern District of Florida | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>Vicor Technologies, Inc. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.):<br>EIN: 202903491 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>2200 Corporate Blvd. NW, Suite 401<br>Boca Raton, Florida 33431 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Palm Beach County<br>ZIP CODE 33431 | ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>     or<br>   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2                        Name of Debtor  Vicor Technologies, Inc.

                                                              Case No. _____

| TRANSFER OF CLAIM | |
|---|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). | |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x /s/ David H. Fater | x /s/ _____ 12/07/2012 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| David H. Fater                     12/07/2012 | Mancuso Law, P.A. |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
|  | 7777 Glades Rd., Suite 100, Boca Raton, FL 33434 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
|  | (561) 245-4705 |
|  | Telephone No. |

| x /s/ Richard M. Cohen | x /s/ _____ 12/07/2012 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Richard M. Cohen                   12/07/2012 | Mancuso Law, P.A. |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
|  | 7777 Glades Rd, Suite 100, Boca Raton, FL 33434 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
|  | (561) 245-4705 |
|  | Telephone No. |

| x /s/ _____ (President) | x /s/ _____ 12/07/2012 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| T.J. Bohannon, Inc.                  12/07/2012 | Mancuso Law, P.A. |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
|  | 7777 Glades Rd, Suite 100, Boca Raton, FL 33434 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Thomas J. Bohannon | (561) 245-4705 |
| 3600 Duberry Ct., #100 | Telephone No. |
| Atlanta, GA 30319-1903 |  |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| David H. Fater | compensation, loans | $171,988.92 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Richard M. Cohen | compensation, loans | $96,503.07 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| T.J. Bohannon, Inc. | compensation | $99,730.48 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims   $692,704.79 |

_14_ continuation sheets attached

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| In re | Case No. 12-_____-BKC-____ |
|---|---|
| VICOR TECHNOLOGIES, INC., | Involuntary Chapter 7 |
| Alleged Debtor. | |

## DECLARATION OF CLAIM AND LIMITED POWER OF ATTORNEY

David H. Fater states:

1. My name is David H. Fater. I am over 18 years of age and fully competent to make this declaration, and I have personal knowledge of the facts set forth herein.

2. My current address is c/o ALDA & Associates International, Inc., 3651 FAU Blvd., Suite 400, Boca Raton, Florida 33431.

3. I hold a claim for payment of money against the Alleged Debtor, Vicor Technologies, Inc. ("Vicor") in the amount of at least $171,988.92 for unpaid compensation, expenses and loans as former chief executive officer of Vicor.

4. My stated claim against Vicor is not contingent as to liability, and is not the subject of a bona fide dispute as to liability or amount.

5. Upon information and belief, Vicor is generally not paying its undisputed debts as such debts become due.

6. I have authorized Nathan G. Mancuso, Esq. and Mancuso Law, P.A. to file an involuntary bankruptcy petition against Vicor on my behalf as a petitioning creditor, and I make this declaration in support of the involuntary petition against Vicor.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December __, 2012.

_____
David H. Fater

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| In re | Case No. 12-_____-BKC-____ |
|---|---|
| VICOR TECHNOLOGIES, INC., | Involuntary Chapter 7 |
| Alleged Debtor. | |

## DECLARATION OF CLAIM AND LIMITED POWER OF ATTORNEY

Richard M. Cohen states:

1. My name is Richard M. Cohen. I am over 18 years of age and fully competent to make this declaration, and I have personal knowledge of the facts set forth herein.

2. My current address is c/o ALDA & Associates International, Inc., 3651 FAU Blvd., Suite 400, Boca Raton, Florida 33431.

3. I hold a claim for payment of money against the Alleged Debtor, Vicor Technologies, Inc. ("Vicor") in the amount of at least $96,503.07 for unpaid compensation, expenses and loans as former vice president for business development of Vicor.

4. My stated claim against Vicor is not contingent as to liability, and is not the subject of a bona fide dispute as to liability or amount.

5. Upon information and belief, Vicor is generally not paying its undisputed debts as such debts become due.

6. I have authorized Nathan G. Mancuso, Esq. and Mancuso Law, P.A. to file an involuntary bankruptcy petition against Vicor on my behalf as a petitioning creditor, and I make this declaration in support of the involuntary petition against Vicor.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December __, 2012.

_____
Richard M. Cohen

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| In re | Case No. 12-_____-BKC-___ |
|---|---|
| VICOR TECHNOLOGIES, INC., | Involuntary Chapter 7 |
| Alleged Debtor. | |

## DECLARATION OF CLAIM AND LIMITED POWER OF ATTORNEY

Thomas J. Bohannon states:

1. My name is Thomas J. Bohannon. I am over 18 years of age and fully competent to make this declaration, and I have personal knowledge of the facts set forth herein.

2. I am president of T.J. Bohannon, Inc., and I am authorized to make this declaration on behalf of T.J. Bohannon, Inc. The current principal address of T.J. Bohannon, Inc. is 3600 Duberry Court, Atlanta, Georgia 30319.

3. T.J. Bohannon, Inc. holds a claim for payment of money against the Alleged Debtor, Vicor Technologies, Inc. ("Vicor") in the amount of at least $99,730.48 for unpaid compensation and expenses for chief financial officer services rendered to Vicor. I also personally hold a claim for payment of money against Vicor in the amount of at least $11,500.00 for loans to Vicor.

4. The stated claims of T.J. Bohannon, Inc. and myself against Vicor are not contingent as to liability, and are not the subject of a bona fide dispute as to liability or amount.

5. Upon information and belief, Vicor is generally not paying its undisputed debts as such debts become due.

6.  I have authorized Nathan G. Mancuso, Esq. and Mancuso Law, P.A. to file an involuntary bankruptcy petition against Vicor on behalf of T.J. Bohannon, Inc. as a petitioning creditor, and I make this declaration in support of the involuntary petition against Vicor.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 6, 2012.

*[signature]*
Thomas J. Bohannon

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| In re | Case No. 12-_____-BKC-___ |
|---|---|
| VICOR TECHNOLOGIES, INC., | Involuntary Chapter 7 |
| Alleged Debtor. | |

## DECLARATION OF CLAIM AND LIMITED POWER OF ATTORNEY

Jules Mitchel states:

1. My name is Jules Mitchel. I am over 18 years of age and fully competent to make this declaration, and I have personal knowledge of the facts set forth herein.

2. I am president of Target Health, Inc., and I am authorized to make this declaration on behalf of Target Health, Inc. The current principal address of Target Health, Inc. is 261 Madison Avenue, 24th Floor, New York, NY 10016.

3. Target Health, Inc. holds a claim for payment of money against the Alleged Debtor, Vicor Technologies, Inc. ("Vicor") in the amount of at least $15,090.02 for research services rendered to Vicor.

4. The stated claim of Target Health, Inc. against Vicor is not contingent as to liability, and is not the subject of a bona fide dispute as to liability or amount.

5. Upon information and belief, Vicor is generally not paying its undisputed debts as such debts become due.

6. I have authorized Nathan G. Mancuso, Esq. and Mancuso Law, P.A. to file an involuntary bankruptcy petition against Vicor on behalf of Target Health, Inc. as a petitioning creditor, and I make this declaration in support of the involuntary petition against Vicor.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on December 6, 2012.

_____
Jules Mitchel

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| In re | Case No. 12-_____-BKC-___ |
|---|---|
| VICOR TECHNOLOGIES, INC., | Involuntary Chapter 7 |
| Alleged Debtor. | |

## DECLARATION OF CLAIM AND LIMITED POWER OF ATTORNEY

Robin Schoen states:

1. My name is Robin Schoen. I am over 18 years of age and fully competent to make this declaration, and I have personal knowledge of the facts set forth herein.

2. I am president of Robin Schoen Public Relations, and I am authorized to make this declaration on behalf of Robin Schoen Public Relations. The current principal address of Robin Schoen Public Relations is 526 Penn Street, Newtown, Pennsylvania 18940.

3. Robin Schoen Public Relations holds a claim for payment of money against the Alleged Debtor, Vicor Technologies, Inc. ("Vicor") in the amount of at least $20,000.00 for public relaitons services rendered to Vicor.

4. The stated claim of Robin Schoen Public Relations against Vicor is not contingent as to liability, and is not the subject of a bona fide dispute as to liability or amount.

5. Upon information and belief, Vicor is generally not paying its undisputed debts as such debts become due.

6. I have authorized Nathan G. Mancuso, Esq. and Mancuso Law, P.A. to file an involuntary bankruptcy petition against Vicor on behalf of Robin Schoen Public Relations as a petitioning creditor, and I make this declaration in support of the involuntary petition.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on December ___, 2012.

_____
Robin Schoen

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| In re | Case No. 12-_____-BKC-___ |
|---|---|
| VICOR TECHNOLOGIES, INC., | Involuntary Chapter 7 |
| Alleged Debtor. | |

## DECLARATION OF CLAIM AND LIMITED POWER OF ATTORNEY

James Giordano states:

1. My name is James Giordano. I am over 18 years of age and fully competent to make this declaration, and I have personal knowledge of the facts set forth herein.

2. I am chief executive officer of Opus Group Financial, and I am authorized to make this declaration on behalf of Opus Group Financial. The current address of Opus Group Financial is P.O. Box 7, Pound Ridge, New York 10576.

3. Opus Group Financial holds a claim for payment of money against the Alleged Debtor, Vicor Technologies, Inc. ("Vicor") in the amount of at least $40,000.00 for financial research services rendered to Vicor.

4. The stated claim of Opus Group Financial against Vicor is not contingent as to liability, and is not the subject of a bona fide dispute as to liability or amount.

5. Upon information and belief, Vicor is generally not paying its undisputed debts as such debts become due.

6. I have authorized Nathan G. Mancuso, Esq. and Mancuso Law, P.A. to file an involuntary bankruptcy petition against Vicor on behalf of Opus Group Financial as a petitioning creditor, and I make this declaration in support of the involuntary petition against Vicor.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 6, 2012.

_____
James Giordano

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| In re | Case No. 12-_____-BKC-___ |
|---|---|
| VICOR TECHNOLOGIES, INC., | Involuntary Chapter 7 |
| Alleged Debtor. | |

## DECLARATION OF CLAIM AND LIMITED POWER OF ATTORNEY

James Giordano states:

1. My name is James Giordano. I am over 18 years of age and fully competent to make this declaration, and I have personal knowledge of the facts set forth herein.

2. I am chief executive officer of Giordano & Co., Inc., and I am authorized to make this declaration on behalf of Giordano & Co., Inc. The current address of Giordano & Co., Inc. is P.O. Box 7, Pound Ridge, New York 10576.

3. Giordano & Co., Inc. holds a claim for payment of money against the Alleged Debtor, Vicor Technologies, Inc. ("Vicor") in the amount of at least $150,000.00 for financial advisory and consulting services rendered to Vicor.

4. The stated claim of Giordano & Co., Inc. against Vicor is not contingent as to liability, and is not the subject of a bona fide dispute as to liability or amount.

5. Upon information and belief, Vicor is generally not paying its undisputed debts as such debts become due.

6. I have authorized Nathan G. Mancuso, Esq. and Mancuso Law, P.A. to file an involuntary bankruptcy petition against Vicor on behalf of Giordano & Co., Inc. as a petitioning creditor, and I make this declaration in support of the involuntary petition against Vicor.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on December 6, 2012.

_____
James Giordano

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
### www.flsb.uscourts.gov

| In re | Case No. 12-_____-BKC-___ |
|---|---|
| VICOR TECHNOLOGIES, INC., | Involuntary Chapter 7 |
| Alleged Debtor. | |

### DECLARATION OF CLAIM AND LIMITED POWER OF ATTORNEY

Thomas Sclafani states:

1. My name is Thomas Sclafani. I am over 18 years of age and fully competent to make this declaration, and I have personal knowledge of the facts set forth herein.

2. I am principal of Sclafani & Associates, P.A., and I am authorized to make this declaration on behalf of Sclafani & Associates, P.A. The current address of Sclafani & Associates, P.A. is 110 Southeast Sixth Street, Suite 1970, Ft. Lauderdale, Florida 33301.

3. Sclafani & Associates, P.A. holds a claim for payment of money against the Alleged Debtor, Vicor Technologies, Inc. ("Vicor") in the amount of at least $22,128.00 for legal services rendered to Vicor.

4. The stated claim of Sclafani & Associates, P.A. against Vicor is not contingent as to liability, and is not the subject of a bona fide dispute as to liability or amount.

5. Upon information and belief, Vicor is generally not paying its undisputed debts as such debts become due.

6. I have authorized Nathan G. Mancuso, Esq. and Mancuso Law, P.A. to file an involuntary bankruptcy petition against Vicor on behalf of Sclafani & Associates, P.A. as a petitioning creditor, and I make this declaration in support of the involuntary petition.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on December __, 2012.

_____
Thomas Sclafani

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| In re | Case No. 12-_____-BKC-____ |
|---|---|
| VICOR TECHNOLOGIES, INC., | Involuntary Chapter 7 |
| Alleged Debtor. | |

## DECLARATION OF CLAIM AND LIMITED POWER OF ATTORNEY

Jerry M. Anchin states:

1. My name is Jerry M. Anchin. I am over 18 years of age and fully competent to make this declaration, and I have personal knowledge of the facts set forth herein.

2. My current address is 2895 N.E. 32nd Street, # 208, Ft. Lauderdale, Florida 33306.

3. I hold a claim for payment of money against the Alleged Debtor, Vicor Technologies, Inc. ("Vicor") in the amount of at least $127,689.30 for unpaid compensation, expenses and loans as former Vice President for product development of Vicor.

4. My stated claim against Vicor is not contingent as to liability, and is not the subject of a bona fide dispute as to liability or amount.

5. Upon information and belief, Vicor is generally not paying its undisputed debts as such debts become due.

6. I have authorized Nathan G. Mancuso, Esq. and Mancuso Law, P.A. to file an involuntary bankruptcy petition against Vicor on my behalf as a petitioning creditor, and I make this declaration in support of the involuntary petition against Vicor.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 6, 2012.

Jerry M. Anchin

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| In re | Case No. 12-_____-BKC-___ |
|---|---|
| VICOR TECHNOLOGIES, INC., | Involuntary Chapter 7 |
| Alleged Debtor. | |

## DECLARATION OF CLAIM AND LIMITED POWER OF ATTORNEY

Riley Vanhofwegen states:

1. My name is Riley Vanhofwegen. I am over 18 years of age and fully competent to make this declaration, and I have personal knowledge of the facts set forth herein.

2. My current address is 203 Via Montego, San Clemente, California 92672.

3. I hold a claim for payment of money against the Alleged Debtor, Vicor Technologies, Inc. ("Vicor") in the amount of at least $6,750.00 for unpaid compensation and expenses as a former employee of Vicor.

4. My stated claim against Vicor is not contingent as to liability, and is not the subject of a bona fide dispute as to liability or amount.

5. Upon information and belief, Vicor is generally not paying its undisputed debts as such debts become due.

6. I have authorized Nathan G. Mancuso, Esq. and Mancuso Law, P.A. to file an involuntary bankruptcy petition against Vicor on my behalf as a petitioning creditor, and I make this declaration in support of the involuntary petition against Vicor.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 6, 2012.

_____
Riley Vanhofwegen

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
### www.flsb.uscourts.gov

| In re | Case No. 12-_____-BKC-___ |
|---|---|
| VICOR TECHNOLOGIES, INC., | Involuntary Chapter 7 |
| Alleged Debtor. | |

## DECLARATION OF CLAIM AND LIMITED POWER OF ATTORNEY

Dr. David Krasnow states:

1. My name is Dr. David Krasnow. I am over 18 years of age and fully competent to make this declaration, and I have personal knowledge of the facts set forth herein.

2. My current address is 8907 Wilshire Blvd., Suite 300, Beverly Hills, California 90211.

3. I hold a claim for payment of money against the Alleged Debtor, Vicor Technologies, Inc. ("Vicor") in the amount of at least $50,825.00 for physician consulting services rendered to Vicor.

4. My stated claim against Vicor is not contingent as to liability, and is not the subject of a bona fide dispute as to liability or amount.

5. Upon information and belief, Vicor is generally not paying its undisputed debts as such debts become due.

6. I have authorized Nathan G. Mancuso, Esq. and Mancuso Law, P.A. to file an involuntary bankruptcy petition against Vicor on my behalf as a petitioning creditor, and I make this declaration in support of the involuntary petition against Vicor.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on December 6, 2012.

_____
Dr. David Krasnow

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| In re | Case No. 12-_____-BKC-___ |
|---|---|
| VICOR TECHNOLOGIES, INC., | Involuntary Chapter 7 |
| Alleged Debtor. | |

## DECLARATION OF CLAIM AND LIMITED POWER OF ATTORNEY

Santiago Guzman states:

1. My name is Santiago Guzman. I am over 18 years of age and fully competent to make this declaration, and I have personal knowledge of the facts set forth herein.

2. My current address is Francisco de Grellana y Camino del Bosque, Urbanizacion "El Vinedo" Casa 6 Cumbaya, Quito, Ecuador.

3. I hold a claim for payment of money against the Alleged Debtor, Vicor Technologies, Inc. ("Vicor") in the amount of at least $56,000.00 for marketing and clinical trials consulting services rendered to Vicor in South America.

4. My stated claim against Vicor is not contingent as to liability, and is not the subject of a bona fide dispute as to liability or amount.

5. Upon information and belief, Vicor is generally not paying its undisputed debts as such debts become due.

6. I have authorized Nathan G. Mancuso, Esq. and Mancuso Law, P.A. to file an involuntary bankruptcy petition against Vicor on my behalf as a petitioning creditor, and I make this declaration in support of the involuntary petition against Vicor.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December __, 2012.

_____
Santiago Guzman

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| In re | Case No. 12-_____-BKC-___ |
|---|---|
| VICOR TECHNOLOGIES, INC., | Involuntary Chapter 7 |
| Alleged Debtor. | |

## DECLARATION OF CLAIM AND LIMITED POWER OF ATTORNEY

Christopher Vissman states:

1. My name is Chris Vissman. I am over 18 years of age and fully competent to make this declaration, and I have personal knowledge of the facts set forth herein.

2. My current address is 1718 Danforth Park Close, Brentwood, Tennessee 37027.

3. I hold a claim for payment of money against the Alleged Debtor, Vicor Technologies, Inc. ("Vicor") in the amount of at least $42,257.75 plus interest arising from a judgment for unpaid compensation, commissions and expenses as a former employee of Vicor.

4. My stated claim against Vicor is not contingent as to liability, and is not the subject of a bona fide dispute as to liability or amount.

5. Upon information and belief, Vicor is generally not paying its undisputed debts as such debts become due.

6. I have authorized Nathan G. Mancuso, Esq. and Mancuso Law, P.A. to file an involuntary bankruptcy petition against Vicor on my behalf as a petitioning creditor, and I make this declaration in support of the involuntary petition against Vicor.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 6, 2012.

_____ 12/6/12
Christopher Vissman