Date: Mon, 19 Nov 2012 14:49:15 -0500
Subject: The current talking points
From: james.e.skinner@gmail.com
To:

**The following are Skip's talking points with Alexis. Early this week clarification will be made for pursuing Option 2 as presented below (i.e., Potion 2 is, the technology is taken out, leaving the SEC shell of Vicor for whomever; the strategy is called going 'gray').**
**The Problems:**

After searching Skinner's call-in log of vendors wanting payment, there are around $560,000 owed, but many of these, especially the ones over $10,000, are willing to settle for something less. So perhaps **$400,000** would take care of this mess.

The pushback of the larger convertible note holders seems to have been worked out with 19-m shares being awarded the top 16.

The ELOC problem seems to be minimal; it ran out, so all of the stock issued is already out there and known.

The severance owed to David Fater and his minions is probably accurate in the (TB) Analysis of Liabilities ($1.5-million). This can likely be settled for substantially less or nothing. **Estimate: $150,000**

The **$140,000** owed to JE Skinner for all of his technologies originally conveyed to Vicor is somehow going to have to be paid early to assure transfer/conveyance to the operating entity. His 10% royalty on all PD2i sales transfers to the new entity, so Skinner is willing to wait for up to 120 days for the cash.

It is presumed that the stock "bring along" will be for all Vicor shareholders (76-million), except those who have engaged in "cautious interference" (all unknown shares out there, plus those of Fater, Cohen and Anchin will be denied); also those who have received improper amounts of stock (Jody Eisenman/Centaurian) will not be brought along. The estimate is 53-million carry-along shares are out there based on what we know [Maybe this has to be changed as we learn more].

**The ratios within Newco:**

SIR will have 51% (for control and $10.6-million financing).

The valuation for Vicor is based on IP (patents, FDA approval, product development, future product development expertise, sales potential for 2 large medical fields, lack of competition in the field). This is estimated to be 10% of invested money in the IP: $18-m JES grants; $18-m Vicor studies; $1-m FDA approval; $1-m product development; $10-m for new product development (i.e., JE Skinner, D Weiss, R Luo expertise); $5-m sales potential to 50-million pts

in USA (we did the right sudies, so get IP credit); the total is $53-million; so 10% of total IP value = $5.3-million (lack of competition is not evaluated, but is implied in sales potential). In summary, Vicor gets 24% of Newco for a $5.3 million valuation (say, 53-million shares out), $5.3-m/53-m = $0.10 / share (market is at $0.03) so this is a 3x incentive.

The valuation for Halo will be based on equality to Vicor = 24% ??? [$5.3-m seems a little high for Halo, given what they have--- e.g., a good idea, bought up a competitor, good roliadex, a small revenue stream, sales/technical people; the question is, how is Halo to be evaluated?].

The total valuation is $21.2-million for 100% (say 10-m new shares), so, the Newco shareholder has at the outset $2.12/share, which is 21.2 times the value of the Vicor shares which will be traded in at this ratio. [Some Vicor shareholders may require additional shares, warrants, or sweetners other than the 3x valuation].

**JE Skinner's Indemnification:**

Skinner will be on the Newco Board

Newco will hire Alan Toltzis, Ren Lu, Phil DiNapoli and Danny Weiss (Vicor) plus Jim Cuccinotta and Ellen Meganheim (Halo) with an operating budget of around $3.5-m for the first year (including outsource costs for anti-infarction drug development). This leaves $7.1-million in the kitty for future developments.

The legal return of the Vicor IP to Skinner (i.e., for non-payment, non-development, and breach of contract) will subject him to litigation by David Fater and his minions, who are left out of the new deal for cause. The cause is legal "cautious interference," which means not turning over documents, torpeoding deals, unorthodox handing of funds, walking out of the company and having a major intention to bankrupt Vicor). **So, indemnification of JES by Newco will be required** (note that D&O insurance for Vicor is paid up-to-date).
All bookkeeping, SEC reporting, taxes, payroll, etc. will be handled by the CFO (to be appointed and paid by SIR).
Please give me your comments,
   Skip