**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re<br><br>VICOR TECHNOLOGIES, INC.,<br><br>    Alleged Debtor. | Case No. 12-39329-BKC-EPK<br><br>Involuntary Chapter 7 |

**PETITIONING CREDITORS' NOTICE OF UNCONTESTED INVOLUNTARY PETITION AND REQUEST FOR IMMEDIATE ENTRY OF ORDER FOR RELIEF UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 1013(b)**

The petitioning creditors identified below,[1] by and through undersigned counsel and pursuant to Federal Rule of Bankruptcy Procedure 1013, hereby give notice of the Alleged Debtor's failure to timely contest the involuntary petition and request immediate entry of an order for relief under chapter 7 of the Bankruptcy Code, and state as follows:

    1.    On December 7, 2012, the petitioning creditors filed an involuntary petition against the Alleged Debtor, Vicor Technologies, Inc. ("Vicor") under chapter 7 of the United States Bankruptcy Code. No order for relief has been entered and no trustee has been appointed.

    2.    On December 11, 2012, the petitioning creditors served the involuntary petition and summons on Vicor by the following three (3) methods, each of which independently qualifies as effective service under Federal Rules of Bankruptcy Procedure 1010 and 7004:

    (a)    Personal delivery to Vicor's Florida registered agent [*see* ECF # 12]. Fed. R. Civ. P. 4(h)(1)(B) (incorporated in Fed. R. Bankr. P 7004(a)(1)).
    (b)    Personal delivery to Vicor's interim CEO, James E. Skinner [*see* ECF # 16]. Fed. R. Civ. P. 4(h)(1)(B) (incorporated in Fed. R. Bankr. P 7004(a)(1)).
    (c)    Mail delivery to Vicor's interim CEO, James E. Skinner [*see* ECF # 15]. Fed. R. Bankr. P 7004(b)(3)).

    3.    Under Federal Rule of Bankruptcy Procedure 1011(b), therefore, Vicor's deadline to

---

[1] The 13 petitioning creditors are David H. Fater, Richard M. Cohen, T.J. Bohannon, Inc., Target Health, Inc., Robin Schoen Public Relations, Sclafani & Associates, P.A., Jerry M. Anchin, Dr. David Krasnow, Christopher Vissman, Santiago Guzman, Riley Vanhofwegen, Opus Financial Group and Giordano & Associates Co., Inc.

contest the involuntary petition was January 2, 2013 (21 days after the date of service of the petition and summons). Fed. R. Bankr. P. 1011(b).

4.	On January 2, 2013, Vicor filed a motion for an extension of time to respond to the involuntary petition [ECF # 20], but did not file a timely defense or objection to the petition "in the manner prescribed by [Federal Rule of Civil Procedure 12]," as required by Bankruptcy Rule 1011(b). *See* Fed. R. Bankr. P. 1011(b).

5.	Accordingly, the Court must enter an order for relief pursuant to Federal Rule of Bankruptcy Procedure 1013(b), which provides that "[i]f no pleading or other defense to a petition is filed within the time provided by Rule 1011, the court, on the next day, or as soon thereafter as practicable, shall enter an order for the relief requested in the petition." Fed. R. Bankr. P. 1013(b).

WHEREFORE, the petitioning creditors respectfully request that the Court immediately enter an order for relief under chapter 7 of the Bankruptcy Code in this case.

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served by Notice of Electronic Filing upon each of the parties and counsel identified on the CM/ECF service list maintained by the Court for this case, on January 3, 2013.

    Respectfully submitted,

    MANCUSO LAW, P.A.
    *Counsel for Petitioning Creditors*
    Boca Raton Corporate Centre
    7777 Glades Rd., Suite 100
    Boca Raton, Florida 33434
    Tel: 561-245-4705
    Fax: 561-245-4639
    E-mail: ngm@mancuso-law.com

By: */s/ Nathan G. Mancuso*  _
    Nathan G. Mancuso, Esq.
    Florida Bar No. 174254