

ORDERED in the Southern District of Florida on January 8, 2013.

Erik P. Kimball, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| In re | Case No. 12-39329-BKC-EPK |
|---|---|
| VICOR TECHNOLOGIES, INC., | Involuntary Chapter 7 |
| Alleged Debtor. | |

### ORDER GRANTING ALLEGED DEBTOR'S MOTION FOR EXTENSION OF TIME TO RESPOND TO INVOLUNTARY PETITION [ECF # 20]

THIS MATTER came before the Court on the Alleged Debtor's, Vicor Technologies, Inc., *Motion for Extension of Time to Respond to Involuntary Petition* [ECF #20] (the "Motion") from January 2, 2013, to January 9, 2013. The Court, having reviewed and considered the Motion and relevant record, and being otherwise fully informed in the premises, hereby

**ORDERS** and **ADJUDGES** that:

1. The Motion is GRANTED.

2. Vicor shall respond to the Involuntary Petition on or before January 9, 2013.

### # # #

Submitted by:

L. Louis Mrachek, Esq.
Page, Mrachek, Fitzgerald, Rose,
Konopka & Dow, P.A.
505 South Flagler Drive, Suite 600
West Palm Beach, FL 33401
(561) 655-2250 – Telephone
(561) 655-5537 – Facsimile

*[Attorney Mrachek shall serve a copy of this Order upon all interested parties and to file a Certificate of Service with the Court.]*