**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re<br><br>VICOR TECHNOLOGIES, INC.,<br><br>　　　Alleged Debtor. | Case No. 12-39329-BKC-EPK<br><br>Involuntary Chapter 7 |

**PETITIONING CREDITORS' RESPONSE TO ALLEGED DEBTOR'S MOTION TO DISMISS AND FOR RELATED RELIEF [ECF # 34]**

　　　The petitioning creditors, by and through undersigned counsel, file this response to the Alleged Debtor's motion to dismiss and for related relief [ECF # 34] (the "Motion to Dismiss"), and state as follows:

　　　1.　　　The petitioning creditors have filed their *Motion for Summary Judgment* filed January 14, 2013 [ECF # 37] (the "Summary Judgment Motion"), seeking summary judgment on their involuntary petition and entry of an order fore relief under 11 U.S.C. § 303(b) and (h).  For the reasons stated in their Summary Judgment Motion, which are fully incorporated by reference herein, the petitioning creditors believe that the Motion to Dismiss should be denied and that an order for relief should be entered in this case.

　　　WHEREFORE, for the foregoing reasons, the petitioning creditors respectfully request that the Court deny the Motion to Dismiss and grant such other and further relief as the Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served by Notice of Electronic Filing upon each of the parties and counsel identified on the CM/ECF service list maintained by the Court for this case, on January 22, 2013.

> Respectfully submitted,
>
> MANCUSO LAW, P.A.
> *Counsel for Petitioning Creditors*
> Boca Raton Corporate Centre
> 7777 Glades Rd., Suite 100
> Boca Raton, Florida 33434
> Tel: 561-245-4705
> Fax: 561-245-4639
> E-mail: ngm@mancuso-law.com
>
> By: /s/ *Nathan G. Mancuso*
> Nathan G. Mancuso, Esq.
> Florida Bar No. 174254