UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

VICOR TECHNOLOGIES, INC.　　　　CASE NO. 12-39329-EPK
　　　　　　　　　　　　　　　　　CHAPTER 7
　　　Alleged Debtor.
_____/

**ALLEGED DEBTOR, VICOR TECHNOLOGIES, INC.,
ANSWER AND AFFIRMATIVE DEFENSES TO
INVOLUNTARY PETITION FILED BY PETITIONING CREDITORS**

Alleged Debtor, VICOR TECHNOLOGIES, INC. ("VICOR"), by and through undersigned counsel, pursuant to § 303(d) Title 11 of the United States Code ("Bankruptcy Code") and Rules 1003(b), 1011(b) and 7012(a) of the Federal Rules of Bankruptcy Procedure, hereby files this Answer and Affirmative Defenses to the Involuntary Petition filed by Petitioning Creditors, DAVID H. FATER, RICHARD M. COHEN, T.J. BOHANNON, INC., TARGET HEALTH, INC., ROBIN SCHOEN PUBLIC RELATIONS, OPUS GROUP FINANCIAL, GIORDANO & Co., INC., SCLAFANI & ASSOCIATES, P.A., JERRY M. ANCHIN, RILEY VANHOFWEGEN, DAVID KRASNOW, SANTIAGO GUZMAN, CHRISTOPHER VISSMAN ("Petitioning Creditors"), and state:

1. Alleged Debtor denies Paragraph 1 of the Involuntary Petition.
2. Alleged Debtor denies Paragraph 2 of the Involuntary Petition.
3. Alleged Debtor denies Paragraph 3(a) of the Involuntary Petition.

**DEMAND FOR JURY TRIAL**

4. Alleged Debtor hereby demands a trial jury herein.

WHEREFORE, Alleged Debtor prays that (i) involuntary relief not be granted and the Involuntary Petition be dismissed; (ii) judgment be entered in favor of the Alleged

Debtor and against Petitioning Creditors for its costs, reasonable attorneys' fees, compensatory damages caused by the filing of this involuntary petition, and punitive damages (if appropriate) for the bad faith involuntary bankruptcy filing as provided § 303(i) of the Bankruptcy Code; (iii) the Court grant any other and further relief as may be deemed just and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail or electronically where available to all parties enumerated on the below service list this 29th day of January, 2013.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

                      RAPPAPORT OSBORNE & RAPPAPORT, PL
                      Attorneys for VICOR TECHNOLOGIES, INC.
                      Suite 203, Squires Building
                      1300 North Federal Highway
                      Boca Raton, Florida 33432
                      Telephone:  (561) 368-2200

BY:_____/s/_____
        JORDAN L. RAPPAPORT, ESQ.
        FL Bar No. 108022

Electronic Mail Notice List

   Nathan G Mancuso    ngm@mancuso-law.com
   Lorin Louis Mrachek    lmrachek@pm-law.com, cklein@pm-law.com;
   mchandler@pm-law.com
   Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

Manual Notice List
J. Robert Williamson
127 Peachtree St NE #1500
Atlanta, GA 30303

Office Depot Office
6600 N Military Trail - S416A
Boca Raton, Fl 33496-2434