UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

VICOR TECHNOLOGIES, INC.

CASE NO.  12-39329-EPK
CHAPTER  7

Alleged Debtor.
_____/

## MOTION FOR STIPULATION OF SUBSTITUTION OF COUNSEL

Page, Mrachek Fitzgerald, Rose, Konopka & Dow, P.A., and L. Louis Mrachek, Esquire and Alan B. Rose, Esquire, attorneys of record for Alleged Debtor, pursuant to Local Rule 2091-1, stipulate and agree that RAPPAPORT OSBORNE & RAPPAPORT, P.L., may be substituted as attorney of record for the Debtor and that all documents served or filed or to be served or filed herein be sent to RAPPAPORT, OSBORNE & RAPPAPORT, P.L., as attorney of record for Debtor through the electronic filing system of the Court. Debtor consents to the substitution of counsel herein.

Dated this 29th day of January, 2013.

We hereby certify that we are admitted to the Bar of the United States District Court for the Southern District of Florida and we are in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

Page, Mrachek Fitzgerald, Rose,
Konopka & Dow, P.A.
505 S. Flagler Drive, Suite 600
West Palm Beach, Florida 33401
(561) 655-2250 Telephone
(561) 655-5537 Facsimile
Counsel for Alleged Debtor

By: _____
L. Louis Mrachek
Florida Bar No. 182880
Alan B. Rose
Florida Bar No. 961825

RAPPAPORT OSBORNE & RAPPAPORT, PL
1300 N. Federal Highway
Suite 203, Squires Bldg.
Boca Raton, FL 33432
Telephone (561) 368-2200

_____
Jordan L. Rappaport, Esq.
Florida Bar No. 108022

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was furnished via transmission of Notice of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and by regular mail to those parties listed on the creditor matrix this 29th day of January, 2013.

>RAPPAPORT OSBORNE & RAPPAPORT, PL
>Attorneys for VICOR TECHNOLOGIES, INC.
>Suite 203, Squires Building
>1300 North Federal Highway
>Boca Raton, Florida 33432
>Telephone (561) 368-2200
>Facsimile (561) 338-0350
>
>BY:   /s/
>JORDAN L. RAPPAPORT, ESQ.
>   Florida Bar No. 108022

SERVICE LIST:

Electronic Mail Notice List

   Nathan G Mancuso     ngm@mancuso-law.com
   Lorin Louis Mrachek     lmrachek@pm-law.com, cklein@pm-law.com; mchandler@pm-law.com
   Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov

Manual Notice List
J. Robert Williamson
127 Peachtree St NE #1500
Atlanta, GA 30303

Office Depot Office
6600 N Military Trail - S416A
Boca Raton, Fl 33496-2434