

**ORDERED in the Southern District of Florida on April 8, 2013.**

*[signature]*

**Erik P. Kimball, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**In re:**                                                                 **CASE NO. 12-39329-EPK**
**VICOR TECHNOLOGIES, INC.,**                          **CHAPTER 7**

          **Debtor.**
_____          _____/

**ORDER FOR RELIEF IN INVOLUNTARY CASE AND
ORDER SETTING DEADLINE FOR FILING
SCHEDULES, STATEMENTS AND OTHER DOCUMENTS**

    An involuntary petition was filed on **December 7, 2012** against the above−named debtor.   With the Court being fully advised in the premises, and consistent with this Court's *Order Granting Motion for Summary Judgment and Directing Entry of Order for Relief* [ECF No. 70], it is **ORDERED** that relief under chapter 7 of the Bankruptcy Code (Title 11 of the United States Code) is granted.

    Jordan L. Rappaport, Esq. is directed to file with the Clerk, United States Bankruptcy Court, the following items and comply with the following directives:

    1. Within seven days from the date of this order, the individual named above shall file a list containing the name and address of each entity included or to be included on Schedules D, E, F, G, and H as prescribed by the Official Forms in the format required by the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" [see Bankruptcy Rule 1007(a)(2) and Local Rules 1007.1 and 1007.2].

    2. Within 14 days from the date of this order, the individual named above shall file schedules, statements, and, if the debtor is an individual (applicable to both joint debtors), payment advices (or indicate why any or all payment advices will not be filed on the Local

Form "Declaration Regarding Payment Advices") [Bankruptcy Rules 1007(b)(1) and 1007(c) and Local Rule 1007.1(F)].

     3. Within 14 days from the date of this order, if the debtor is a corporation or other entity listed in Local Rule 1002−1(A)(2), the debtor shall file a corporate ownership statement as required by Bankruptcy Rule 1007(a)(1) and Local Rule 1002−1(A)(2).

     4. File the Local Form "Declaration Under Penalty of Perjury to Accompany Petitions, Schedules, and Statements Filed Electronically" as required under Local Rule 1007−1(D).

# # #

The clerk of court shall serve copies of this order on the following parties:

Debtor and Attorney for Debtor
Trustee or U.S. Trustee
Petitioning Creditors and Attorney for Petitioning Creditors
All Appearances