UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

VICOR TECHNOLOGIES, INC.          Case No. 12-39329-EPK
                                  CHAPTER 7

     Debtor.
_____/

### NOTICE OF FILING ADDITIONAL CREDITOR TO SCHEDULE F

Debtor, VICOR TECHNOLOGIES, INC., by and through undersigned counsel, hereby files an additional creditor to schedule F as follows:

Joel Holzer
6834 Fiji Cir
Boynton Beach, Fl 33437
Claim amount $10,000.00

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by regular mail or electronically where available to all interested parties this 19th day of July, 2013 and to the creditor listed above, along with a copy of the meeting of creditors notice, the 12th day of July, 2013.

    I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

                                      RAPPAPORT OSBORNE & RAPPAPORT, P.L.
                                      Attorneys for Debtors
                                      Suite 203, Squires Building
                                      1300 North Federal Highway
                                      Boca Raton, Florida 33432
                                      Telephone:  (561) 368-2200


                              BY:___/s/_____
                                      JORDAN L. RAPPAPORT, ESQ.
                                      Florida Bar No. 108022

SERVICE LIST:

**Electronic Mail Notice List**

- David A Carter    dacpa@bellsouth.net, dacpa2@bellsouth.net
- Franck D Chantayan    franck@chantayan.com
- Nathan G Mancuso    ngm@mancuso-law.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Jordan L Rappaport    rappaport@kennethrappaportlawoffice.com
- Ricardo A Reyes    rar@tobinreyes.com, april@tobinreyes.com
- Margaret J. Smith    msmith@glassratner.com, FL32@ecfcbis.com;msams@glassratner.com
- Margaret J. Smith    msmith@glassratner.com, FL32@ecfcbis.com;msams@glassratner.com
- J Robert Williamson    rwilliamson@swlawfirm.com